JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE A. GEIVETT, | Case No. CV 19-5131-DDP (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: 8/28/2019

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE